IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA STONE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 16-6103 |

O R D E R

MITCHELL S. GOLDBERG, J.

AND NOW, this 30th day of May, 2017, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Claimant's Request for Review is GRANTED IN PART and DENIED IN PART; and

2. The matter shall be remanded for the taking of additional vocational expert testimony to ensure that sedentary work exists in the economy which would be consistent with the RFC specification that Stone walk for two hours per workday.

BY THE COURT

_____
MITCHELL S. GOLDBERG, J.